UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYJUAN TREVION-WAYNE FLETCHER,

Plaintiff,

v.

SEA MAR RENACER, et al.,

Defendants.

CASE NO. 2:25-cv-02587-BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Michelle L. Peterson's report and recommendation (R&R), Dkt. 6, recommending this Court deny plaintiff Fletcher's motion to proceed *in forma pauperis* (IFP) and require him to pay the $405 filing fee for this action.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended

ORDER - 1

disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

Fletcher has not filed any objections to the R&R, and the R&R is neither clearly erroneous nor contrary to law. The R&R is **ADOPTED**. Fletcher's application to proceed *in forma pauperis* is **DENIED**.

Fletcher is **directed to pay the $405 filing fee by March 20, 2026**. Failure to do so will result in immediate termination of this action.

It IS SO ORDERED.

Dated this 23rd day of February, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2